UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ARCHIE PERRY                                             CIVIL ACTION

VERSUS                                                   NO. 11-1786

CITY OF BOGALUSA, et al.                                 SECTION: "G"(2)

## JUDGMENT

In accordance with the Court's written Order and Reasons[1] entered on September 21, 2012;

**IT IS ORDERED, ADJUDGED AND DECREED** that there be judgment in favor of defendants City of Bogalusa, Bogalusa City Council, Bogalusa Planning and Zoning Commission, City Attorney, Chief of Police, and City Council Member Michael O'Ree, and against plaintiff Archie Perry, dismissing this case with prejudice, each party to bear its own costs.

**NEW ORLEANS, LOUISIANA**, this 21st day of September, 2012.

                                            **NANNETTE JOLIVETTE BROWN**
                                            **UNITED STATES DISTRICT JUDGE**

---

[1] Rec Doc. 38.